# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-30675

KIMBERLY SIMON,

Plaintiff - Appellant

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**FILED**

February 5, 2016

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:13-CV-3074

Before CLEMENT, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:*

Kimberly Simon appeals the district court's grant of summary judgment to Schlumberger Technology Corporation in her action under the Americans with Disabilities Act. Simon asserts that the district court erred in ruling that her accommodation request was untimely and in finding her responsible for the breakdown of the interactive process. This court has considered this appeal on the basis of the briefs, the pertinent portions of the record, and the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30675

applicable law.  Having done so, the judgment is affirmed, essentially for the reasons stated in the Memorandum Ruling of the district court.

AFFIRMED.